**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | Deborah L. Thorne | **Hearing Date** | 2.6.19 |
| **Bankruptcy Case** | 18-35049 | **Adversary No.** | |
| **Title of Case** | Deborah Lott | | |

**Brief Statement of Motion**    Order Modifing Plan

**Names and Addresses of moving counsel**    Roger Leshinsky
20 S. Clark, 28th Floor,
Chicago, IL 60603

**Representing**    Debtor

## ORDER

It is hereby ordered:

(1) Paragraph 4 (four) is added to Part 8.1, which states: "The debtor shall tender all non-exempt insurance proceeds to the Trustee as an additional payment in the case."

Deborah L. Thorne